114 A.3d 357

IN THE MATTER OF ALEX KATZ, AN ATTORNEY
AT LAW (ATTORNEY NO. 027691992).

June 1, 2015.

## ORDER

This matter having been duly presented, it is ORDERED that **ALEX KATZ,** formerly of **MOORESTOWN,** who was admitted to the bar of this State in 1992, and who was suspended from the practice of law for a period of two years, effective October 8, 2007, by Order of this Court filed September 17, 2007, be restored to the practice of law, effective immediately.

114 A.3d 358

IN THE MATTER OF DALE S. ORLOVSKY, AN ATTORNEY
AT LAW (ATTORNEY NO. 000271973).

June 1, 2015.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **DALE S. ORLOVSKY** of **TOMS RIVER,** who was admitted to the bar of this State in 1973, and who was suspended from the practice of law for a period of two years effective May 11, 2012, by Order of this Court filed December 12, 2014, be restored to the practice of law, effective immediately.